UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OSCAR ROSAS and RAQUEL BURICH,

    Plaintiffs,

v.                            Case No: 2:18-cv-586-FtM-99CM

GEOVERA SPECIALTY INSURANCE COMPANY,

    Defendant.

## ORDER

This matter comes before the Court upon review of Plaintiffs' Unopposed Motion for Extension of Deadlines Established in Related Case Order and Track Two Notice filed on October 17, 2018. Doc. 26. On September 6, 2018, the Court entered a Related Case Order and Track Two Notice instructing the parties to meet within thirty (30) days of service on Defendant or Defendant's first appearance to prepare the Case Management Report and to file said report within fourteen (14) days of the meeting. Doc. 5. The next day, the Court issued a Notice of Hearing, setting the case for a Preliminary Pretrial Conference ("PPTC") on October 24, 2018 and instructing the parties to file a Case Management Report by October 16, 2018. Doc. 7.

On October 16, 2018, Defendant sought a fifteen-day extension of time—up to and including October 31, 2018—to prepare and file a Case Management Report, which the Court granted. Docs. 22, 24. The Court also cancelled the PPTC

scheduled for October 24, 2018 and indicated the PPTC would be rescheduled by separate notice. Doc. 24. Now, *Plaintiffs* seek a fourteen-day extension of time to comply with the deadlines in the Related Case Order and Track Two Notice, including the filing of a Case Management Report. Doc. 26. Because the Court already granted Defendant's requested extension of the deadline to file a joint Case Management Report, the present motion will be denied as moot.

ACCORDINGLY, it is

**ORDERED:**

Plaintiffs' Unopposed Motion for Extension of Deadlines Established in Related Case Order and Track Two Notice (Doc. 26) is **DENIED as moot.** The parties shall have up to and including **October 31, 2018** to file their joint Case Management Report.

**DONE** and **ORDERED** in Fort Myers, Florida on this 18th day of October, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record