UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OSCAR ROSAS and RAQUEL BURICH,

    Plaintiffs,

v.    Case No: 2:18-cv-586-FtM-99UAM

GEOVERA SPECIALTY INSURANCE COMPANY,

    Defendant.
_____/

## **OPINION AND ORDER**[1]

    Before the Court is U.S. Magistrate Judge Douglas N. Frazier's Report and Recommendation (R&R) (Doc. 50), recommending that Geovera Specialty Insurance Company's Unopposed Motion to Strike Portions of Complaint (Doc. 16) be granted. No party has objected to the R&R, and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright,* 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Here, Judge Frazier considered the arguments made by the parties and determined that Geovera's request to strike Plaintiffs' references to Chapter 627 of the Florida Statutes in the Complaint, including the request for attorneys' fees under Section 627.428, should be granted because Geovera is a surplus lines insurer and Chapter 627 does not apply to surplus lines carriers. After independently examining the file and on consideration of Judge Frazier's findings and recommendations, the Court accepts and adopts the R&R.

Accordingly, it is now

**ORDERED:**

(1) U.S. Magistrate Judge Mac R. Frazier's Report and Recommendation (Doc. 23) is **ACCEPTED and ADOPTED**.

(2) Geovera Specialty Insurance Company's Unopposed Motion to Strike Portions of Complaint (Doc. 16) is **GRANTED**, and the references to Chapter 627 of the Florida Statutes in paragraphs 10, 11, 17, and the "WHEREFORE" paragraph of the Complaint (Doc. 2) are **STRICKEN**.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of February, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record